[No. 5345–1. Division One. March 27, 1978.]

THE CITY OF SEATTLE, *Respondent,* v. LEE RHODES McNAIR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79113, Howard J. Thompson, J., entered January 5, 1977. *Affirmed* by unpublished per curiam opinion.


[No. 5381–1. Division One. March 27, 1978.]

CAROL L. HOLM, *Respondent,* v. MICHAEL H. HOLM, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 190648, E. Albert Morrison, J., entered November 19, 1976. *Affirmed* by unpublished per curiam opinion.


[No. 5396–1. Division One. March 27, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID B. MAUPIN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 7601, Dennis J. Britt, J., entered February 17, 1977. *Affirmed* by unpublished per curiam opinion.